|  |  |
|---|---|
| HARON COLE, on behalf of himself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Chocolate Is Art, LLC,<br><br>　　Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-10954<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

　　Dated: April 7, 2026

/s/ David B. Reyes

David B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
Tel: (630)-478-0856
Email: Dreyes@ealg.law

*Attorney for Plaintiff*

/s/ Joshua Concannon

Joshua Concannon
DENTONS US LLP
233 S Wacker Drive Suite 5900
Chicago, IL 60606
Tel: 312-876-8919
Email: Joshua.concannon@dentons.com

*Attorney for Defendant*